**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7643**

---

JOHN WESLEY STEWART,

Plaintiff - Appellant,

versus

COLIN C. J. ANGLIKER; NURSE DAVISON; JOHN DOE,
I; JANE DOE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-740)

---

Submitted:  March 12, 1998        Decided:  March 25, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Wesley Stewart, Appellant Pro Se.  Richard Edward Ladd, Jr.,
PENN, STUART, ESKRIDGE & JONES, Abingdon, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders accepting the magistrate judge's recommendation, denying relief on his 42 U.S.C. § 1983 (1994) complaint, and denying his motion for reconsideration. We have reviewed the record and the district court's orders and opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Stewart v. Angliker</u>, No. CA-96-740 (W.D. Va. Aug. 13, Oct. 17 & Dec. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2